**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

The request for an extension is GRANTED. Defendant's deadline to respond to the complaint is January 6, 2027, and the pretrial conference is adjourned to February 4, 2027 at 3:30 pm.

October 7, 2026

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 8, 2026

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re: *V.B., et al. v. New York City Dep't. of Educ.*, 26-cv-8108 (AS)(SN)

Dear Judge Subramanian:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

Defendant writes to respectfully request that i) the October 8, 2026 answer deadline be extended 90 days to January 6, 2027 and ii) the December 17, 2026 conference be adjourned to February 4, 2027, or a date thereafter more convenient for the Court. Plaintiff consents to these requests. This is the first request for an answer extension and the first request for a conference adjournment. The requested extensions will give Defendant time to perform its internal review (once Plaintiff provides its bills) and then make a settlement request to the Office of the Comptroller. The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant respectfully requests that the answer deadline be extended to January 6, 2027 and the conference be adjourned to February 4, 2027.

Thank you for considering these requests.

Respectfully submitted,
/s/
Martha Nimmer
Special Assistant Corporation Counsel

cc: Vanessa Jachzel, Esq. (via ECF)